**Order entered September 30, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00785-CV

**ERIC A. SCZEPANIC, Appellant**

**V.**

**CITIMORTGAGE INC., Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-08775-A**

## ORDER

We **GRANT** appellant's September 28, 2014 second motion to extend time for filing brief and **ORDER** the brief be filed no later than October 13, 2014. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
       JUSTICE